UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:03-CR-376-T-27MAP

JARVIS COLLINS

_____/

## ORDER REVOKING SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 8th day of August, 2006, on a Petition to Revoke Supervised Release. The Defendant, JARVIS COLLINS, appeared with Counsel, Alec Hall, AFPD; and Eduardo Toro-Font, AUSA, appeared for the United States of America.

The above named defendant was convicted on February 9, 2004, of the offenses charged in the indictment filed herein, and was ordered on supervised release following release from imprisonment. The Probation Office has petition the Court to revoke the Order of Supervised Release previously entered herein, based upon conduct alleged in said Petition.

At the hearing, the defendant denied his guilt as to Counts 1 and 2, and admitted his guilty as to Counts 3, 4, 5, 6, and 7, of the Petition for Revocation of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **JARVIS COLLINS**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **THIRTEEN (13) MONTHS.**

3. Counts 1 and 2 of the Petition for Revocation of Supervised Release, are **DISMISSED** on motion by the Government, without objection.

3. The Court recommends that the defendant be confined at Coleman FCI. For reasons discussed at sentencing, the Court recommends the defendant not be designated to Jesup FCI.

DONE AND ORDERED at Tampa, Florida this 8th day of August, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation